FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 21 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 11-30332 |
| | 12-30103 |
| Plaintiff - Appellee, | 12-30227 |
| v. | D.C. No. 3:07-cr-00207-KI |
| MICHAEL THOMAS COTTRELL, a.k.a. Michael Thomas Ellis, a.k.a. James Fuller, a.k.a. William Paynter, a.k.a. Ronald William Reddy, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Garr M. King, District Judge, Presiding

Submitted August 14, 2013[**]

Before:    SCHROEDER, GRABER, and PAEZ, Circuit Judges.

In these consolidated appeals, Michael Thomas Cottrell appeals from the

district court's orders revoking supervised release and the sentences imposed upon

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Cottrell's counsel has filed briefs stating that there are no grounds for relief, along with motions to withdraw as counsel of record. We have provided Cottrell the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

A review of the record indicates that these appeals are moot because Cottrell has completed his custodial sentences and he is no longer serving a term of supervised release. *See Spencer v. Kemna*, 523 U.S. 1, 13-14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999). We accordingly dismiss these appeals.

Counsel's motions to withdraw are **GRANTED.**

**DISMISSED.**